UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Donna J Bevan

Debtor(s)

Case No. 13-21305

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/21/2013.

2) The plan was confirmed on 07/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/23/2015.

5) The case was converted on 08/18/2015.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,705.40 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,705.40** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,730.33 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $378.51 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,108.84** |
| Attorney fees paid and disclosed by debtor: | $100.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ARMOR SYSTEMS CORP | Unsecured | 179.00 | 179.00 | 179.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | Secured | 11,642.70 | 11,629.90 | 11,629.90 | 4,644.92 | 1,951.64 |
| A ALL FINANCIAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MED CENTER | Unsecured | 3,391.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROS MEDICAL CENTER | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES OF WAUK | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ANTIOCH ANIMAL HOSPITAL/IC SYS | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| BRIAN CRUM | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CASH LINE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| DS WATERS OF NORTH AMERICA/CE | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FOOT PHYSICIANS/R KAPLAN | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| GAMEFLY INC/RICKENBACKER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOLDEN VALLEY LENDING | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GURNEE RADIOLOGY CENTER/CERT | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| HAMILTON COLLECTION | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| HORIZONS BEHAVIORAL HEALTH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HUCKER APARTMENT RENTALS | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| IHC LIBERTYVILLE EMERG PHYS | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INFINITY HEALTHCARE/NCC | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| INSTITUTE OF DENTAL IMPLANTS | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| JASON JOHNSON/R KAPLAN | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| JOHNSON MD/FFCC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY ASSOC | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY ASSOC | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| LAKE HEART SPECIALISTS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| LIFESKILLS CENTER | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MURPHY AMBULANCE | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| NORTH SUBURBAN COUNSELING/M | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| NORTH SUBURBAN ENDODONTICS/( | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE CENTER FOR GASTRO | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| PENDRICK INF LEVEL 4/PINNACLE | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS/FFCC COLUMBUS | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| RODEN L DO/CERTIFIED SERVICES | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| SIERRA LENDING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| SURGEONS OF LAKE COUNTY | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SVS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LAKEMOOR/MCSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| WEISZ MD/FFCC COLUMBUS | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,629.90 | $4,644.92 | $1,951.64 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,629.90** | **$4,644.92** | **$1,951.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$179.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,108.84 |
| Disbursements to Creditors | $6,596.56 |
| **TOTAL DISBURSEMENTS** : | **$9,705.40** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/24/2015          By: /s/ Glenn Stearns
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**